AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT

## for the

### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:20-mj-489-EJY |
| | ) | |
| JOSE GILBERT CERVANTES-NARANJO | ) | Charging District:   Southern District of Florida |
| *Defendant* | ) | Charging District's Case No.   20-20131 |

RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 1 5 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: | C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Miami, FL 33128 or the James Lawrence King Federal Building Federal Justice Building, 99 N.E. Fourth Street, Miami, FL 33132 | Courtroom No.:  TBD |
|---|---|---|
| | | Date and Time:   06/292020 at 1:30 [.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: _____ June 15, 2020 _____

_____
*Judge's signature*

ELAYNA J. YOUCHAH, United States Magistrate Judge
*Printed name and title*